HESSIAN HILLS COUNTRY CLUB, INC., et al., Appellants, *v.* HOME INSURANCE COMPANY, Respondent.

HESSIAN HILLS COUNTRY CLUB, INC., et al., Appellants, *v.* HARTFORD FIRE INSURANCE COMPANY et al., Respondents.

Argued April 30, 1937; decided May 25, 1937.

*Alfred B. Nathan* and *Milton J. Gordon* for appellants.

*Harry A. Gair* and *Benjamin H. Siff* for respondents.

In each case: Judgments reversed and new trial granted, with costs to abide the event. We think the exclusion of the writing, Plaintiffs' Exhibit 68 for Identification, was, in the circumstances appearing in the record, an error so substantial that it must be deemed to have affected the result. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.